# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| LITTLE MANILA RISING, a nonprofit corporation, MEDICAL ADVOCATES FOR HEALTHY AIR, a nonprofit corporation, and SIERRA CLUB, a nonprofit corporation;<br><br>  Petitioners,<br><br> vs.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, MICHAEL REGAN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, and MARTHA GUZMAN ACEVES, in her official capacity as Regional Administrator for Region IX of the U.S. Environmental Protection Agency,<br><br>  Respondents. | No.<br><br>**PETITION FOR REVIEW** |

Pursuant to section 307(b)(1) of the Clean Air Act, 42 U.S.C. § 7607(b)(1), and Rule 15(a) of the Federal Rules of Appellate Procedure, Little Manila Rising, Medical Advocates for Healthy Air, and Sierra Club petition this Court for review of the final rule entitled "Air Plan Approval and Attainment Date Extension; 1997 Annual Fine Particulate Matter Nonattainment Area; San Joaquin Valley, California." Respondents U.S. Environmental Protection Agency, Michael Regan, and Martha Guzman Aceves published the final rule in the Federal Register on November 19, 2024 at 89 Fed. Reg. 91263 (Nov. 19, 2024), attached as Exhibit 1.

Respectfully submitted this 19th day of November, 2024.

       LAW OFFICE OF BRENT J. NEWELL

    /s/ Brent J. Newell
    BRENT J. NEWELL, California Bar No. 210312
    Law Office of Brent J. Newell
    245 Kentucky Street, Suite A4
    Petaluma, CA 94952
    (661) 586-3724
    brentjnewell@outlook.com

    Attorney for Petitioners Little Manila Rising, Medical Advocates for Healthy Air, and Sierra Club