

Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

**FILED**

NOV 19 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

# DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 24-6990 |
| Originating Case Number: | EPA–R09–OAR–2024–0250 |
| Case Title: | Little Manila Rising, et al. v. United States Environmental Protection Agency, et al. |

Dear Petitioner(s)/Counsel

Your petition for review has been opened in the United States Court of Appeals for the Ninth Circuit and the docket number shown above has been assigned to this case. You must indicate this docket number in every communication and filing you submit to the court about this case.

You are the petitioner(s) in this court because you filed the petition for review. You must file an opening brief, and you may file a reply brief after the government files their answering brief. The brief due dates are listed in the attached Briefing Schedule. These dates can be extended only by court order.

**Petitioners who are filing pro se should refer to the accompanying information packet regarding the filing of informal briefs.**



Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

# BRIEFING SCHEDULE

| | |
|---|---|
| Docket Number: | 24-6990 |
| Originating Case Number: | EPA–R09–OAR–2024–0250 |
| Case Title: | Little Manila Rising, et al. v. United States Environmental Protection Agency, et al. |

**Monday, November 25, 2024**

| | |
|---|---|
| Little Manila Rising | Mediation Questionnaire due |
| Medical Advocates For Healthy Air | Mediation Questionnaire due |
| Sierra Club | Mediation Questionnaire due |

**Friday, February 7, 2025**

| | |
|---|---|
| Little Manila Rising | Petitioner Opening Brief due |
| Medical Advocates For Healthy Air | Petitioner Opening Brief due |
| Sierra Club | Petitioner Opening Brief due |

**Monday, March 10, 2025**

| | |
|---|---|
| United States Environmental Protection Agency | Respondent Answering Brief due |
| Michael Regan | Respondent Answering Brief due |
| Martha Guzman Aceves | Respondent Answering Brief due |

Optional Reply Brief due 21 days after service of Answering Brief.

Mediation Questionnaire is available [here](). More information about the Mediation Program is available [here]().

**If the opening brief is not filed by the deadline, the court may dismiss this case.** *See* 9th Cir. R. 42-1.